**EXHIBIT 2**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-8000 • Fax: 516-942-0800 • www.profax.com

EXHIBIT _9_
DEPONENT _S. Emond_
DATE _9/Nov/11_ BY _SM._
Susan Massie O.C.R.



Cirque Du Soleil

# Invoice

| Bill To: | | |
|---|---|---|
| | **Date:** | **Invoice #** |
| | January 29, 2009 | ZF200958983 |
| Cirque Du Soleil | | |
| Attn: Stephane Emond | **P.O. Number** | **Terms** |
| 8400 2 Avenue | | Credit Card |
| Montreal | | |
| Quebec, Canada H1Y 2Z5 | *Ref:* Cirque Du Soleil | |
| | *Attn:* Stephane Emond | |

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 58983 |
| Account: | 15263 |
| Released: | 01/29/2009 |
| Closed: | 01/29/2009 |
| Destinations: | 4710 |
| Sent: | 4220 |
| Failed: | 490 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Rockford Special Offer**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 4,220.0 | $0.04 | $168.80 |
| Non-contiguous U.S.A. and International surcharges | 1.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| Total Net | | $168.80 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$168.80** |

EXHIBIT 2-1



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-0000 • Fax: 518-942-0000 • www.profax.com



**Cirque Du Soleil**

Bill To:

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z6

# Invoice

| Date: | Invoice # |
|---|---|
| January 29, 2009 | ZF200958986 |

| P.O. Number | Terms |
|---|---|
| | Credit Card |

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 58986 |
| Account: | 15263 |
| Released: | 01/29/2009 |
| Closed: | 01/29/2009 |
| Destinations: | 890 |
| Sent: | 829 |
| Failed: | 61 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Rockford-Schools**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 1,658.0 | $0.04 | $66.32 |
| Non-contiguous U.S.A. and International surcharges | 2.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| | | $66.32 |
| **Total Net** | | |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$66.32** |

EXHIBIT 2-2



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-6000 • Fax: 516-942-6800 • www.profax.com



Cirque Du Soleil

| | | |
|---|---|---|
| **Bill To:** | | |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

Ref: Cirque Du Soleil
Attn: Stephane Emond

## Invoice

| Date: | Invoice # |
|---|---|
| January 29, 2009 | ZF200959001 |

| P.O. Number | Terms |
|---|---|
| | Credit Card |

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 59001 |
| Account: | 15263 |
| Released: | 01/29/2009 |
| Closed: | 01/29/2009 |
| Destinations: | 1972 |
| Sent: | 1772 |
| Failed: | 200 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Huntsville**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | 1,772.0 | $0.04 | $70.88 |
| Total fax destination per page | 1.0 | N/A | |
| Non-contiguous U.S.A. and international surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| | | $70.88 |
| Total Net | | |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$70.88** |

**EXHIBIT 2-3**



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-8000 • Fax: 516-942-6800 • www.profax.com



Cirque Du Soleil

# Invoice

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 59011 |
| Account: | 15263 |
| Released: | 01/29/2009 |
| Closed: | 01/29/2009 |
| Destinations: | 373 |
| Sent: | 326 |
| Failed: | 47 |
| Sales Rep: | SG |

| Bill To: | Date: | Invoice # |
|---|---|---|
| | January 29, 2009 | ZF200959011 |
| | P.O. Number | Terms |
| | | Credit Card |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z6

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

**Charges for ProFAX Broadcast - Huntsville Schools (BC 4)**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 652.0 | N/A | $50.00 |
| Non-contiguous U.S.A. and International surcharges | 2.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | |
|---|---|---|---|
| | | | $50.00 |
| **Total Net** | | | |
| **Total New York 8.625% Sales Tax** | | **Total** | **$50.00** |
| Thank you for allowing us to assist you with your information management needs | | | |

EXHIBIT 2-4



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-6000 • Fax: 516-942-6800 • www.profax.com



Cirque Du Soleil

| | |
|---|---|
| Bill To: | |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

# Invoice

| Date: | Invoice # |
|---|---|
| February 4, 2009 | ZF200959203 |

| P.O. Number | Terms |
|---|---|
| | Credit Card |

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 59203 |
| Account: | 15263 |
| Released: | 02/04/2009 |
| Closed: | 02/04/2009 |
| Destinations: | 3249 |
| Sent: | 2896 |
| Failed: | 353 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Indianapolis Doc**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 2,896.0 | $0.04 | $115.84 |
| Non-contiguous U.S.A. and International surcharges | 1.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| | | $115.84 |
| Total Net | | |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$115.84** |

EXHIBIT 2-5



**Cirque Du Soleil**

# Invoice

| Job ID: | 0 |
|---|---|
| Broadcast ID: | 60486 |
| Account: | 15263 |
| Released: | 03/19/2009 |
| Closed: | 03/19/2009 |
| Destinations: | 1972 |
| Sent: | 1726 |
| Failed: | 246 |
| Sales Rep: | SG |

Bill To:

| Date: | Invoice # |
|---|---|
| March 19, 2009 | ZF200960486 |
| P.O. Number | Terms |
| | Credit Card |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

*Ref: Cirque Du Soleil*
*Attn: Stephane Emond*

**Charges for ProFAX Broadcast - Huntsville - Special Offer**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 1,726.0 | $0.04 | $69.04 |
| Non-contiguous U.S.A. and International surcharges | 1.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | $69.04 |
|---|---|---|---|
| Total Net | | | |
| Total New York 8.625% Sales Tax | | | |
| Thank you for allowing us to assist you with your information management needs | | **Total** | **$69.04** |

**EXHIBIT 2-6**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-8000 • Fax: 516-942-0000 • www.profax.com



Cirque Du Soleil

# Invoice

| Job ID: | 0 |
| Broadcast ID: | 60487 |
| Account: | 15263 |
| Released: | 03/19/2009 |
| Closed: | 03/19/2009 |
| Destinations: | 297 |
| Sent: | 268 |
| Failed: | 29 |
| Sales Rep: | SG |

Bill To:

| Date: | Invoice # |
| --- | --- |
| March 19, 2009 | ZF200960487 |
| P.O. Number | Terms |
| | Credit Card |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

**Charges for ProFAX Broadcast - Nashville Schools**

| | Quantity | Rate | Amount |
| --- | --- | --- | --- |

**Set Up**
Broadcast Setup & Administration

**Delivery**
Destinations - Per unit charge for each fax destination
Destinations - Per unit charge for each email destination
Merge fields
Total fax destination per page | 288.0 | N/A | $25.00
Non-contiguous U.S.A. and International surcharges
Federal & State GRS RCPT Surcharge
New York State 8.625% Sales Tax (N.Y. destinations only)

| | | | $25.00 |
| --- | --- | --- | --- |
| Total Net | | | |
| Total New York 8.625% Sales Tax | | **Total** | **$25.00** |

Thank you for allowing us to assist you with your information management needs

EXHIBIT 2-7

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-6000 • Fax: 516-942-0000 • www.profax.com



Cirque Du Soleil

# Invoice

| | Job ID: | 0 |
| --- | --- | --- |
| | Broadcast ID: | 60488 |
| | Account: | 15263 |

Bill To:

| Date: | Invoice # | Released: | 03/19/2009 |
| --- | --- | --- | --- |
| March 19, 2009 | ZF200960488 | Closed: | 03/19/2009 |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

| P.O. Number | Terms |
| --- | --- |
| | Credit Card |

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

| | | |
| --- | --- | --- |
| Destinations: | 373 |
| Sent: | 326 |
| Failed: | 47 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Huntsville Schools**

| | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | $25.00 |
| Total fax destination per page | 326.0 | N/A | |
| Non-contiguous U.S.A. and international surcharges | 1.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | $25.00 |
| --- | --- | --- | --- |
| Total Net | | | |
| Total New York 8.625% Sales Tax | | **Total** | $25.00 |

Thank you for allowing us to assist you with your information management needs

**EXHIBIT 2-8**



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-943-6000 • Fax: 516-943-0800 • www.profax.com



Cirque Du Soleil

# Invoice

| | Job ID: | 0 |
|---|---|---|
| | Broadcast ID: | 60489 |
| | Account: | 15263 |

Bill To:

| Date: | Invoice # |
|---|---|
| March 20, 2009 | ZF200960489 |

| | Released: | 03/20/2009 |
|---|---|---|
| | Closed: | 03/20/2009 |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

| P.O. Number | Terms |
|---|---|
| | Credit Card |

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

| | Destinations: | 535 |
|---|---|---|
| | Sent: | 476 |
| | Failed: | 59 |
| | Sales Rep: | SG |

**Charges for ProFAX Broadcast - North Charleston**

| | Quantity | Rate | Amount |
|---|---|---|---|

**Set Up**
Broadcast Setup & Administration

**Delivery**
Destinations - Per unit charge for each fax destination
Destinations - Per unit charge for each email destination

| | | | |
|---|---|---|---|
| Merge fields | 476.0 | N/A | $25.00 |

Total fax destination per page
Non-contiguous U.S.A. and International surcharges
Federal & State GRS RCPT Surcharge
New York State 8.625% Sales Tax (N.Y. destinations only)

| | | | |
|---|---|---|---|
| | | | $25.00 |
| Total Net | | | |
| Total New York 8.625% Sales Tax | | **Total** | **$25.00** |

Thank you for allowing us to assist you with your information management needs

**EXHIBIT 2-9**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel 516-942-8000 • Fax 516-942-0800 • www.profax.com



**Cirque Du Soleil**

# Invoice

| Job ID: | 0 |
|---|---|
| Broadcast ID: | 60490 |
| Account: | 15263 |
| Released: | 03/20/2009 |
| Closed: | 03/20/2009 |
| Destinations: | 157 |
| Sent: | 145 |
| Failed: | 12 |
| Sales Rep: | SG |

| Bill To: | |
|---|---|
| | Date: | Invoice # |
| | March 20, 2009 | ZF200960490 |
| | P.O. Number | Terms |
| | | Credit Card |

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

## Charges for ProFAX Broadcast - North Charleston Schools

| | Quantity | Rate | Amount |
|---|---|---|---|

### Set Up
Broadcast Setup & Administration

### Delivery
Destinations - Per unit charge for each fax destination
Destinations - Per unit charge for each email destination

| | Quantity | Rate | Amount |
|---|---|---|---|
| Merge fields | | | |
| Total fax destination per page | 145.0 | N/A | $25.00 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | Amount |
|---|---|---|
| Total Net | | $25.00 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$25.00** |

**EXHIBIT 2-10**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-943-8000 • Fax 516-943-0800 • www.profax.com



**Cirque Du Soleil**

| | |
|---|---|
| Bill To: | |

Cirque Du Soleil
Attn: Stephane Emond

8400 2 Avenue

Montreal

Quebec, Canada H1Y 2Z5

# Invoice

| Date: | Invoice # |
|---|---|
| March 23, 2009 | ZF200980492 |
| P.O. Number | Terms |
| | Credit Card |

*Ref:* Cirque Du Soleil
*Attn:* Stephane Emond

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 60492 |
| Account: | 15263 |
| Released: | 03/19/2009 |
| Closed: | 03/23/2009 |
| Destinations: | 1511 |
| Sent: | 1355 |
| Failed: | 156 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Nashville Special Offer**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 1,355.0 | $0.04 | $54.20 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| | | $54.20 |
| Total Net | | |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$54.20** |

EXHIBIT 2-11



**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-0000 • Fax: 516-942-0000 • www.profax.com

Cirque Du Soleil

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 60504 |
| Account: | 15263 |
| Released: | 03/20/2009 |
| Closed: | 03/20/2009 |
| Destinations: | 752 |
| Sent: | 677 |
| Failed: | 75 |
| Sales Rep: | SG |

# Invoice

| Date: | Invoice # |
|---|---|
| March 20, 2009 | ZF200960504 |
| P.O. Number | Terms |
| | Credit Card |

**Bill To:**

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y2Z5

Ref: Cirque Du Soleil
Attn: Stephane Emond

**Charges for ProFAX Broadcast - Mobile**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 677.0 | $0.04 | $27.08 |
| Non-contiguous U.S.A. and international surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | $27.08 |
|---|---|---|---|
| Total Net | | | |
| Total New York 8.625% Sales Tax | | | |
| Thank you for allowing us to assist you with your information management needs. | | **Total** | **$27.08** |

EXHIBIT 2-12

**PROFAX, Inc.**
Professional Fax & E-mail Broadcasting
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-8000 • Fax: 516-942-0800 • www.profax.com



**Cirque Du Soleil**

| Bill To: |
|---|

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y 2Z5

# Invoice

| Date: | Invoice # |
|---|---|
| March 20, 2009 | ZF200960505 |

| P.O. Number | Terms |
|---|---|
| | Credit Card |

Ref: Cirque Du Soleil
Attn: Stephane Emond

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 60505 |
| Account: | 15263 |
| Released: | 03/20/2009 |
| Closed: | 03/20/2009 |
| Destinations: | 185 |
| Sent: | 173 |
| Failed: | 12 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast - Mobile Schools**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 173.0 | N/A | $25.00 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| **Total Net** | | $25.00 |
| **Total New York 8.625% Sales Tax** | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | $25.00 |

EXHIBIT 2-13

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-6000 • Fax: 516-942-0800 • www.profax.com



| Cirque Du Soleil | | **Invoice** | | | Job ID: | 0 |
|---|---|---|---|---|---|---|
| **Bill To:** | | | | | Broadcast ID: | 61447 |
| | | | | | Account: | 15263 |
| | | Date: | | Invoice # | Released: | 04/22/2009 |
| | | April 22, 2009 | | ZF200961447 | Closed: | 04/22/2009 |
| Cirque Du Soleil | | P.O. Number | | Terms | Destinations: | 2720 |
| Attn: Stephane Emond | | | | Credit Card | Sent: | 2192 |
| 8400 2 Avenue | | | | | Failed: | 528 |
| Montreal | | Ref: Cirque Du Soleil | | | Sales Rep: | SG |
| Quebec, Canada H1Y2Z5 | | Attn: Stephane Emond | | | | |

**Charges for ProFAX Broadcast - Groups Offre 25E**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 2,192.0 | $0.04 | $87.68 |
| Non-contiguous U.S.A. and International surcharges | 2,192.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| Total Net | | $87.68 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | $87.68 |

**EXHIBIT 2-14**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
*Tel: 516-942-8000 · Fax: 516-942-0800 · www.profax.com*



| Cirque Du Soleil | **Invoice** | | Job ID: | 0 |
|---|---|---|---|---|
| Bill To: | | | Broadcast ID: | 62613 |
| | Date: | Invoice # | Account: | 15263 |
| | June 8, 2009 | PF200962613 | Released: | 06/08/2009 |
| Cirque Du Soleil | | | Closed: | 06/08/2009 |
| Attn: Stephane Emond | P.O. Number | Terms | Destinations: | 4155 |
| 8400 2 Avenue | | Credit Card | Sent: | 3759 |
| Montreal | Ref: Cirque Du Soleil | | Failed: | 396 |
| Quebec, Canada H1Y2Z5 | Attn: Stephane Emond | | Sales Rep: | SG |

**Charges for ProFAX Broadcast - Groups Offer 50 %**

| | | Quantity | Rate | Amount |
|---|---|---|---|---|
| **Set Up** | | | | |
| Broadcast Setup & Administration | | | | |
| | | | | |
| **Delivery** | | | | |
| Destinations - Per unit charge for each fax destination | | | | |
| Destinations - Per unit charge for each email destination | | | | |
| Merge fields | | | | |
| Total fax destination per page | | 3,824.0 | $0.04 | $152.96 |
| Non-contiguous U.S.A. and International surcharges | | 0.8 | N/A | |
| Federal & State GRS RCPT Surcharge | | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | | |

| | | |
|---|---|---|
| Total Net | | $152.96 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | $152.96 |

**EXHIBIT 2-15**

**PROFAX, Inc.**
Professional Fax & E-mail Broadcasting
20 Max Avenue
Hicksville, NY 11801-1419
Tel 516-942-6000 • Fax 516-942-0800 • www.profax.com



Cirque Du Soleil

# Invoice

| | | Job ID: | 0 |
|---|---|---|---|
| | | Broadcast ID: | 63297 |
| **Bill To:** | **Date:** **Invoice #:** | Account: | 16263 |
| | | Released: | 07/07/2009 |
| | July 7, 2009  PF200963297 | Closed: | 07/07/2009 |
| Cirque Du Soleil | **P.O. Number** **Terms** | Destinations: | 4336 |
| Attn: Stephane Emond | | Sent: | 3800 |
| 8400 2 Avenue | Credit Card | Failed: | 536 |
| Montreal | Ref: Cirque Du Soleil | Sales Rep: | SG |
| Quebec, Canada H1Y2Z5 | Attn: Stephane Emond | | |

**Charges for ProFAX Broadcast : St Paul Kooza**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | 3,807.0 | $0.04 | $152.28 |
| Total fax destination per page | 0.7 | N/A | |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| **Total Net** | | $152.28 |
| **Total New York 8.625% Sales Tax** | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | $152.28 |

EXHIBIT 2-16

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-0900 • Fax: 516-942-0900 • www.profax.com



**Cirque Du Soleil**

Bill To:

Cirque Du Soleil
Attn: Stephane Emond
8400 2 Avenue
Montreal
Quebec, Canada H1Y2Z5

# Invoice

| Date: | Invoice #: |
|---|---|
| July 7, 2009 | ZF200963303 |

| P.O. Number | Terms |
|---|---|
| | Credit Card |

*Ref: Cirque Du Soleil*
*Attn: Stephane Emond*

| | |
|---|---|
| Job ID: | 0 |
| Broadcast ID: | 63303 |
| Account: | 16263 |
| Released: | 07/07/2009 |
| Closed: | 07/07/2009 |
| Destinations: | 3482 |
| Sent: | 3104 |
| Failed: | 378 |
| Sales Rep: | SG |

**Charges for ProFAX Broadcast – Denver Group Fax**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 3,104.0 | $0.04 | $124.16 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | |
|---|---|---|---|
| Total Net | | | $124.16 |
| Total New York 8.625% Sales Tax | | | |
| Thank you for allowing us to assist you with your information management needs | | **Total** | $124.16 |

**EXHIBIT 2-17**

**PROFAX, Inc.**
Professional Fax & E-mail Broadcasting
20 Max Avenue
Hicksville, NY 11801-1419
Tel:516-941-9000 • Fax:516-941-0500 • www.profax.com



Cirque Du Soleil

| Bill To: | | | **Invoice** | | Job ID: | 0 |
|---|---|---|---|---|---|---|
| | | | | | Broadcast ID: | 63304 |
| | | | **Date:** / **Invoice #** | | Account: | 15263 |
| | | | | | Released: | 07/07/2009 |
| Cirque Du Soleil | | | July 7, 2009 | ZF200963304 | Closed: | 07/07/2009 |
| Attn: Stephane Emond | | | **P.O. Number** / **Terms** | | Destinations: | 10366 |
| 8400 2 Avenue | | | | Credit Card | Sent: | 9016 |
| Montreal | | | | | Failed: | 1350 |
| Quebec, Canada H1Y2Z5 | | | Ref: Cirque Du Soleil | | Sales Rep: | SG |
| | | | Attn: Stephane Emond | | | |

**Charges for ProFAX Broadcast - Santa Monica Group Fax**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 9,016.0 | $0.04 | $360.64 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| Total Net | | $360.64 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$360.64** |

EXHIBIT 2-18

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-942-9000 • Fax: 516-942-0900 • www.profax.com



| Cirque Du Soleil | | Invoice | | Job ID: | 0 |
|---|---|---|---|---|---|
| **Bill To:** | | | | Broadcast ID: | 63306 |
| | | | | Account: | 15263 |
| | | Date: | Invoice # | Released: | 07/07/2009 |
| | | July 7, 2009 | ZF200963306 | Closed: | 07/07/2009 |
| Cirque Du Soleil | | P.O. Number | Terms | Destinations: | 1721 |
| Attn: Stephane Emond | | | Credit Card | Sent: | 1492 |
| 8400 2 Avenue | | | | Failed: | 229 |
| Montreal | | Ref: Cirque Du Soleil | | Sales Rep: | SG |
| Quebec, Canada H1Y2Z5 | | Attn: Stephane Emond | | | |

**Charges for ProFAX Broadcast - Irvine Group Fax**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 1,492.0 | $0.04 | $59.68 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | |
|---|---|---|
| Total Net | | $59.68 |
| Total New York 8.625% Sales Tax | | |
| Thank you for allowing us to assist you with your information management needs | **Total** | $59.68 |

**EXHIBIT 2-19**

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel 516-942-0000 • Fax 516-942-0800 • www.profax.com



| Cirque Du Soleil | **Invoice** | Job ID: | 0 |
|---|---|---|---|
| Bill To: | | Broadcast ID: | 63361 |
| | | Account: | 15263 |
| | Date: Invoice # | Released: | 07/07/2009 |
| | July 8, 2009    PF2009363361 | Closed: | 07/08/2009 |
| Cirque Du Soleil | P.O. Number    Terms | Destinations: | 8487 |
| Attn: Stephane Emond | Credit Card | Sent: | 7545 |
| 8400 2 Avenue | | Failed: | 942 |
| Montreal | *Ref:* Cirque Du Soleil | Sales Rep: | SG |
| Quebec, Canada H1Y2Z5 | *Attn:* Stephane Emond | | |

**Charges for ProFAX Broadcast - Chicago Group Fax**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 7,559.0 | $0.03 | $226.77 |
| Non-contiguous U.S.A. and International surcharges | | | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | |

| | | | |
|---|---|---|---|
| Total Net | | | $226.77 |
| Total New York 8.625% Sales Tax | | | |
| Thank you for allowing us to assist you with your information management needs | | **Total** | $226.77 |

EXHIBIT 2-20

**PROFAX, Inc.**
*Professional Fax & E-mail Broadcasting*
20 Max Avenue
Hicksville, NY 11801-1419
Tel: 516-843-8000 • Fax: 516-843-8000 • www.gofax.com



| | | | Job ID: | 0 |
|---|---|---|---|---|
| **Cirque Du Soleil** | **Invoice** | | Broadcast ID: | 63384 |
| Bill To: | | | Account: | 16263 |
| | Date: | Invoice #: | Released: | 07/08/2009 |
| | July 8, 2009 | ZF200963384 | Closed: | 07/08/2009 |
| Cirque Du Soleil | P.O. Number | Terms | Destinations: | 15598 |
| Attn: Stephane Emond | | Credit Card | Sent: | 11265 |
| 8400 2 Avenue | | | Failed: | 4333 |
| Montreal | *Ref:* Cirque Du Soleil | | Sales Rep: | SG |
| Quebec, Canada H1Y2Z5 | *Attn:* Stephane Emond | | | |

**Charges for ProFAX Broadcast - Toronto Group**

| | Quantity | Rate | Amount |
|---|---|---|---|
| **Set Up** | | | |
| Broadcast Setup & Administration | | | |
| | | | |
| **Delivery** | | | |
| Destinations - Per unit charge for each fax destination | | | |
| Destinations - Per unit charge for each email destination | | | |
| Merge fields | | | |
| Total fax destination per page | 11,265.0 | $0.04 | $450.60 |
| Non-contiguous U.S.A. and International surcharges | 11,249.0 | N/A | |
| Federal & State GRS RCPT Surcharge | | | |
| New York State 8.625% Sales Tax (N.Y. destinations only) | | | $0.01 |

| | | |
|---|---|---|
| Total Net | | $450.60 |
| Total New York 8.625% Sales Tax | | $0.01 |
| Thank you for allowing us to assist you with your information management needs | **Total** | **$450.61** |

**EXHIBIT 2-21**